UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS PORCH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:20-cv-07014-DFM<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,700.00 as authorized by 28 U.S.C. § 2412, and zero costs as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: November 15, 2021

THE HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING

3 | /s/ *Steven G. Rosales*

4 | _____
Steven G. Rosales
Attorney for plaintiff Marcus Porch

-2-